IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TILO'E C. WILLIAMS, | 8:16CV60 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security; | |
| Defendant. | |

This matter is before the court on plaintiff's motion to proceed in forma pauperis. Filing No. 2. The court has reviewed the motion and finds it should be granted.

IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

Dated this 4th day of February, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge